JOSEPH RANGEL,                      No. C 09-05182 SI

       Plaintiff,                **PRETRIAL PREPARATION ORDER**

  v.

GLOBAL CREDIT AND COLLECTIONS,

       Defendant.
                                      /

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>March 26, 2010</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>August 12, 2010</u>.

DESIGNATION OF EXPERTS: <u>7/1/10</u>; REBUTTAL: <u>n/a</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>August 12, 2010</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>September 3, 2010</u>;

    Opp. Due <u>September 17, 2010</u>; Reply Due <u>September 23, 2010</u>;

    and set for hearing no later than <u>October 7, 2010</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>December 21, 2010</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>January 10, 2011</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties have agreed to participate in private mediation. By the end of February 2010, counsel shall inform the Court of the mediator selected and the date the session is scheduled to occur on.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:                                                       _____
                                                           SUSAN ILLSTON
                                                           United States District Judge