IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH RANGEL,  No. C 09-05182 SI

    Plaintiff,  **PRETRIAL PREPARATION ORDER**

  v.

GLOBAL CREDIT AND COLLECTIONS,

    Defendant.
                                     /

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 26, 2010 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is August 12, 2010.

DESIGNATION OF EXPERTS: 7/1/10; REBUTTAL: n/a.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is August 12, 2010.

DISPOSITIVE MOTIONS **SHALL** be filed by September 3, 2010;

    Opp. Due September 17, 2010; Reply Due September 23, 2010;

    and set for hearing no later than October 7, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: December 21, 2010 at 3:30 PM.

JURY TRIAL DATE: January 10, 2011 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties have agreed to participate in private mediation. By the end of February 2010, counsel shall inform the Court of the mediator selected and the date the session is scheduled to occur on.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:  _____
                                                          SUSAN ILLSTON
                                                          United States District Judge