*E-Filed 6/16/10*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH RANGEL,<br><br>        Plaintiff,<br><br>v.<br><br>GLOBAL CREDIT & COLLECTION, CORP.,<br><br>        Defendant. | CASE NO. 3:09-cv-05182-~~SI~~ RS<br><br>District Judge: Hon. Susan Illston<br><br>~~[PROPOSED]~~ ORDER RE: STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE<br><br>[FILED CONCURRENTLY WITH STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE] |

The Court has reviewed the Stipulation of Plaintiff JOSEPH RANGEL and Defendant GLOBAL CREDIT & COLLECTION, CORP ("Defendant") to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Stipulation between the parties, the Court orders as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

1

06117.00/165143    ~~[PROPOSED]~~ ORDER RE: STIPULATION RE DISMISSAL, etc.

1.     That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1). Each party shall bear their own costs and expenses.

**IT IS SO ORDERED**

DATED: 6/16/10

_____
UNITED STATES DISTRICT JUDGE

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

2

06117.00/165143   [PROPOSED] ORDER RE: STIPULATION RE DISMISSAL, etc.